Elizabeth J. Campbell, Respondent, v. Louis Black, Appellant.— Interlocutory judgment and order affirmed, with costs. All concurred.

In the Matter of the First Judicial Settlement of the Accounts of Minnie J. Nester and Others, as Executors, etc., of Samuel K. Nester, Deceased. Montgomery S. Sandford and David S. Nester, as Executors and Trustees, etc., Appellants; Minnie J. Nester and Others, Individually and as Executors and Trustees, etc., and Others, Respondents.— It appearing that there are not four justices of this court qualified to sit in this appeal it is ordered transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure.

George B. Breon, Respondent, v. John Kitchin, Appellant.— Judgment and order affirmed, with costs. All concurred.

M. Fillmore Brown, as Administrator de Bonis Non, etc., Appellant, v. The Town of Evans and Others, Respondents.— Judgment affirmed, with costs. All concurred.

Isaac Stern, Respondent, v. New York State Railways, Appellant.— Judgment and order affirmed, with costs. All concurred.

Sabastiano Barca, Appellant, v. Henry P. Burgard Company, Respondent.— Judgment affirmed, with costs. All concurred.

Grant B. Wilkes, Respondent, v. William A. Rix and Others, Appellants.— Judgment and order affirmed, with costs. All concurred.

Charles H. Chesebro, as Administrator, etc., Respondent, v. Delaware, Lackawanna and Western Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Joseph Gardner, Respondent, v. Joseph O'Brien, Appellant.— Judgment and order affirmed, with costs. All concurred.

Byron Hall, Respondent, v. William Wainright, Appellant.— Judgment and order affirmed, with costs. All concurred.

Aiden Fortune, Appellant, v. Gulf Brewing Company, Respondent.— Judgment affirmed, with costs. All concurred.

Dundee National Bank, Respondent, v. John J. Murphy, Appellant.— Judgment and order affirmed, with costs. All concurred.

Estella M. Saeger, as Administratrix, etc., Appellant, v. Lehigh Valley Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred.

James Carberry, Respondent, v. International Railway Company, Appellant.— Order affirmed, with costs. All concurred.

In the Matter of the Petition of William W. Farley, as State Commissioner of Excise, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 16,454, Issued to Jules E. Russ, and Transferred to Joseph Wurz, Appellant.— Order affirmed, with costs. All concurred.

Alfred W. Thorn, Suing in Behalf of Himself, etc., Respondent, v. Eastern Mausoleum Company and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten